JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DONIEL DENNIS,<br><br>               Petitioner,<br><br>v.<br><br>T. PENNINGTON,<br><br>               Respondent. | Case No. 2:25-cv-06906-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Action, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2254 is dismissed without prejudice.

DATED: November 4, 2025

STEPHEN V. WILSON
United States District Judge